No. 252, Misc.  NEWSTEAD v. NASH, WARDEN;

No. 278, Misc.  RYAN v. ILLINOIS;

No. 280, Misc.  HUGHES v. TEXAS;

No. 281, Misc.  JACKSON v. UNITED STATES;

No. 287, Misc.  BILBAO v. UNITED STATES;

No. 311, Misc.  McKEEHAN v. ALVIS, WARDEN, ET AL.;

No. 317, Misc.  CURTIS v. SCHNECKLOTH, SUPERIN-
TENDENT, WASHINGTON STATE PENITENTIARY; and

No. 322, Misc.  MURILLO v. WARDEN, NEW MEXICO
STATE PENITENTIARY. Motions for leave to file petitions
for writs of habeas corpus denied.

No. 289, Misc.  POINDEXTER v. DISTRICT COURT OF
NEBRASKA, LANCASTER COUNTY. Motion for leave to file
petition for writ of mandamus denied.

No. 419. SCHAFFER TRANSPORTATION CO. ET AL. v.
UNITED STATES ET AL. Appeal from the United States
District Court for the District of South Dakota. Prob-
able jurisdiction noted. *Peter T. Beardsley* for appellants.
*Solicitor General Rankin, Assistant Attorney General
Hansen* and *Charles H. Weston* for the United States,
*Robert W. Ginnane* and *H. Neil Garson* for the Interstate
Commerce Commission, and *Amos M. Mathews* for the
Akron, Canton & Youngstown Railroad Co. et al., ap-
pellees.

No. 475. MOREY, AUDITOR OF PUBLIC ACCOUNTS OF
ILLINOIS, ET AL. v. DOUD ET AL., DOING BUSINESS AS BOND-
IFIED SYSTEMS, ET AL. Appeal from the United States
District Court for the Northern District of Illinois.
Probable jurisdiction noted. *Latham Castle,* Attorney
General of Illinois, and *William C. Wines,* Assistant
Attorney General, for appellants. *John J. Yowell* for
appellees.